**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSUE OSNEL PAZ MEMBRENO,<br><br>Plaintiff,<br><br>vs.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 3:26-CV-01969-MJH |

**ORDER**

Respondents have filed a Response and Brief to the Petitioner's Petition. ECF Nos. 4 & 5. Because Habeas jurisdiction has attached with this Court for this Petitioner, the Court recognizes that the government has represented, in its' Response, that this Petitioner has been classified as detained pursuant to 8 U.S.C. § 1226(a) and that he is entitled to a bond hearing. The government has also represented that said bond hearing was scheduled for October 21, 2026, but that decision is pending as of this date.

Accordingly, IT IS HEREBY ORDERED that this Court directs the government to confirm that said bond hearing occurred, advise the Court with the outcome from said hearing, and provide a copy of the immigration judge's decision. Thereafter, a further Order will issue.

BY THE COURT:

DATED: October 29, 2026

Marilyn J. Horan
United States District Judge