**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSUE OSNEL PAZ MEMBRENO,<br><br>Plaintiff,<br><br>vs.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 3:26-CV-01969-MJH |

**ORDER**

Respondents were directed by the Court to confirm that Petitioner's bond hearing occurred, advise the Court with the outcome from said hearing, and provide a copy of the immigration judge's decision. Respondents have complied with the Order and filed a Notice demonstrating that Petitioner did have a bond hearing. ECF No. 8. All matters related to Petitioner's Habeas Petition have been resolved.

Accordingly, it is hereby ORDERED that this case is dismissed. The Clerk of Court shall mark this case CLOSED. Habeas jurisdiction has attached for this Petitioner with this Court and therefore the Court will retain jurisdiction over this matter regardless of where Petitioner is located. *Littles v. United States*, No. CIV. 14-6371 NLH, 2015 WL 1608918, at *2 (D.N.J. Apr. 10, 2015) (citing *Rumsfeld v. Padilla*, 542 U.S. 426, 441 (2004).)

BY THE COURT:

DATED: November 20, 2026

Marilyn J. Horan
United States District Judge